# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                             :
    NOVARTIS PHARMACEUTICALS
    CORPORATION v. Adesanya et al
                                              :     CA 21-cv-03402

                                              :

# N O T I C E

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 08/30/2021 and has been assigned to the Honorable KAREN S. MARSTON.

The following is the schedule for filing briefs with this office:

(1) The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

(2) The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

(3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

**KATE BARKMAN**
Clerk of Court

By: s/Vincent J. Alia
    Vincent J. Alia, Deputy Clerk

cc:    JOHN B. MCCUSKER
       PAMELA L. CUNNINGHAM
       STEPHEN M. HLADIK
       Adenekan OlaOluwa Adesanya; Afoluso Aderonke Adesanya

civ651.frm
(06/2016)