# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOVARTIS PHARMACEUTICALS**, | CIVIL ACTION |
| Plaintiff/Appellee, | |
| v. | NO. 21-3402-KSM |
| **ADENEKAN OLA-OLUWA ADESANYA,** et al., | |
| Defendants/Appellants. | |

## ORDER

**AND NOW** this 23rd day of September, 2021, upon consideration of Appellants' Motion to Extend Time to File Appellant Brief (Doc. No. 7), it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**. If Appellants wish to refile their motion, they must first meet and confer with opposing counsel and state in the motion whether it is opposed.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.