IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOVARTIS PHARMACEUTICALS**, <br><br> Plaintiff/Appellee, <br><br> v. <br><br> **ADENEKAN OLA-OLUWA ADESANYA,** et al., <br><br> Defendants/Appellants. | CIVIL ACTION <br><br> NO. 21-3402-KSM |

**ORDER**

**AND NOW** this 2nd day of November, 2022, upon consideration of Appellants' Initial Brief (Doc. No. 12), Appellee's Response Brief (Doc. No. 15), Appellants' Reply Brief (Doc. No. 20), and the record on appeal (*see* Doc. Nos. 12-1 through 12-12; Doc. No. 21), it is **ORDERED** as follows:

1. The bankruptcy court's July 14, 2021 opinion and order finding the Judgment in the New Jersey Action nondischargeable, with the exception of $57,605, is **AFFIRMED.**

2. The bankruptcy court's September 15, 2021 order denying Appellants' motion to stay pending appeal is **AFFIRMED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.